AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Psychic Readers Network, Inc.

*Plaintiff(s)*

v.

Take-Two Interactive Software, Inc., Rockstar Games, Inc. and Does 1-10

*Defendant(s)*

Civil Action No. 17-cv-61492-Dimistrouleas/Snow

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Take-Two Interactive, Inc.
c/o Registered Agent
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Courtney Caprio, Esq.
Sinclair Louis & Zavertnik, P.A.
40 NW Third St., Suite 200
Miami, FL 33128
Telephone: 305-374-0544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 26, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Psychic Readers Network, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Take-Two Interactive Software, Inc., Rockstar Games, Inc. and Does 1-10<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  17-cv-61492-Dimistrouleas/Snow<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Rockstar Games, Inc.
c/o Registered Agent
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Courtney Caprio, Esq.
Sinclair Louis & Zavertnik, P.A.
40 NW Third St., Suite 200
Miami, FL 33128
Telephone: 305-374-0544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 26, 2017  _____

s/ J. Adams
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court