UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-CV-61492-WPD

PSYCHIC READERS NETWORK, INC.,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE,
INC. and ROCKSTAR GAMES, INC.

    Defendants,

v.

and DOES 1-10,

    Defendants.

_____/

## UNOPPOSED MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Pursuant to Local Rules 7.1(a)(1)(F) and 11.1(d)(3), Plaintiff Psychic Readers Network, Inc. ("PRN") respectfully requests leave of Court to substitute Scott B. Cosgrove and James R. Bryan of the law firm of León Cosgrove, LLP as counsel of record for Courtney A. Caprio of the law firm of Sinclair Louis & Zavertnick, P.A., and that Ms. Caprio and the law firm of Sinclair Louis & Zavertnick, P.A. be permitted to withdraw from PRN's representation in this matter. In support, PRN states the following:

    1.    Courtney A. Caprio of the law firm of Sinclair Louis & Zavertnick, P.A. serves as co-counsel of record for PRN along with Joel R. Dichter of the law firm of Dichter Law, LLC, who was previously granted permission to appear *pro hac vice*. [D.E. 20.]

    2.    PRN requests that Scott B. Cosgrove and James R. Bryan be substituted as counsel of record solely for Ms. Caprio, that Ms. Caprio and the law firm of Sinclair Louis & Zavertnick,

P.A. be permitted to withdraw from PRN's representation in this matter, and that Mr. Dichter continue to serve as co-counsel for PRN in this matter.

3. Mr. Cosgrove and Mr. Bryan are both members in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintain an office in this State for the practice of law, and are authorized to file through the Court's electronic filing system. Mr. Cosgrove and Mr. Bryan consent to be designated as members of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, to electronically file all documents and things that may be filed electronically, and to be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

4. All future pleadings, filings, and/or correspondence in this matter should be directed to Mr. Cosgrove and Mr. Bryan at scosgrove@leoncosgrove.com and jbryan@leoncosgrove.com, León Cosgrove, LLP, 255 Alhambra Circle, Suite 800, Miami, Florida 33134.

WHEREFORE, PRN respectfully requests leave of Court to substitute Scott B. Cosgrove and James R. Bryan of the law firm of León Cosgrove, LLP as counsel of record for Courtney A. Caprio of the law firm of Sinclair Louis & Zavertnick, P.A., and that Ms. Caprio and the law firm of Sinclair Louis & Zavertnick, P.A be permitted to withdraw from PRN's representation in this matter. A proposed order is attached hereto and will also be submitted via e-mail to the Court as prescribed by Section 3I(6) of the CM/ECF Administrative Procedures.

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that all parties or non-parties who may be affected by the relief sought in this Motion have no objection to the relief sought in this Motion.

Dated:  April 18, 2016                                        Respectfully submitted,

By: *s/ Courtney A. Caprio*                                   By: *s/ James R. Bryan*
    Courtney A. Caprio                                            Scott B. Cosgrove
     Florida Bar No.:  933961                                    Florida Bar No. 161365
    Sinclair Louis & Zavertnik, P.A.                              James R. Bryan
    40 NW Third Street Suite 200                                  Florida Bar No.  696862
    Miami, FL 33128                                               León Cosgrove, LLP
    Email:  ccaprio@sinclairlouis.com                             255 Alhambra Circle, Suite 800
                                                       Coral Gables, Florida 33133
                                                       Telephone: (305) 740-1975
                                                       Facsimile:  (305) 437-8158
                                                       Email:  scosgrove@leoncosgrove.com
                                                       Email:  jbryan@leoncosgrove.com
                                                       Email:  anoonan@leoncosgrove.com

                                                       Joel R. Dichter (Admitted *Pro Hac Vice*)
                                                       Dichter Law, LLC
                                                       488 Madison Avenue
                                                       18th Floor
                                                       New York, NY 10022
                                                       Email: dichter@dichterlaw.com

                                                       *Counsel for Psychic Readers Network, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this on April 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in the manner stated in the service list attached.

               *s/ James R. Bryan*
               James R. Bryan

## SERVICE LIST
## US District Court, Southern District of Florida
## Case No. 17-CV-61492-WPD

*Psychic Readers Network, Inc. v. Take-Two Interactive Software, Inc., et al.*

Gavin C. Gaukroger
Charles H. Lichtman
BERGER SINGERMAN LLP
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872
ggaukroger@bergersingerman.com
clichtman@bergersingerman.com
drt@bergersingerman.com

*Counsel for Defendants and Counterclaimants*
*Take-Two Interactive Software, Inc. and Rockstar Games, Inc.*


Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Hunter A. Vanaria (admitted *pro hac vice*)
Miranda D. Means (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4989
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
hunter.vanaria@kirkland.com
miranda.means@kirkland.com

*Counsel for Defendants and Counterclaimants*
*Take-Two Interactive Software, Inc. and Rockstar Games, Inc.*